UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

FILE NUMBER : 3:20-cv-00304MPS

WANDA ROA AND CARMEN CARABALLO
    Plaintiffs

                                        Notice of Appeal

V.

NEW BRITAIN AUTO SALES LLC F/K/A
AK AUTO SALES AND REPAIR LLC

    Defendant

Notice is hereby given that Wanda Roa and Carmen Caraballo (Plaintiffs) in the above named case, hereby appeal to the United States Court Of Appeals for the Second Circuit from the final Order of the District Court of Connecticut (Michael P. Shea, U.S.D.J.) on a Motion to Reopen case #3:20-cv-00304MPS, which Court converted to a 60(b) motion, entered in this action on the 12th day of November 2020.

December 1, 2020

                                                      *Wanda Roa* (signature)

                                                      Wanda Roa, pro se

                                                      20 Armistice St
                                                      New Britain, Ct 06053